# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  4:21-CV-01130-AGF |
| | ) |
| KIRKWOOD R-7 SCHOOL DISTRICT, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its review of the record.  Plaintiff Jane Doe alleges a number of claims against Defendants Kirkwood R-7 School District ("Kirkwood") and John Collier, a former employee of Kirkwood, related to an alleged sexual assault that occurred in the 1980-81 school year.  (Doc. No. 1-1).  However, Collier died in 2006.  Plaintiff then moved the Court to substitute Collier's successors, a personal representative of his estate, or a Defendant ad litem.  The Court denied the motion and set a Rule 16 Scheduling Conference for November 29, 2021.  (Doc. Nos. 15, 16).  Thereafter, Plaintiff filed a second motion to appoint a Defendant ad litem for Collier.  (Doc. No. 18).

In light of the pending motion, the Court will vacate the Rule 16 Conference and reschedule the conference after it rules on Plaintiff's motion.

Accordingly,

2

**IT IS HEREBY ORDERED** that the Rule 16 Conference set for November 29, 2021 is **VACATED**.  The Conference will be rescheduled after the Court rules on Plaintiff's pending motion to appoint a defendant ad litem.

*Audrey G. Fleissig*
———————————————
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 19th day of November, 2021.